United States Court of Appeals
Fifth Circuit

**F I L E D**

September 12, 2006

Charles R. Fulbruge III
Clerk

*In the United States Court of Appeals
For the Fifth Circuit*

No. 05-30676

VIJAYLAKSHMI MALANI,

Plaintiff–Appellant,

v.

STATE OF LOUISIANA THROUGH THE DEPARTMENT OF AGRICULTURE AND
FORESTRY,

Defendant–Appellee.

Appeal from the United States District Court
for the Middle District of Louisiana
No. 3:04-CV-334

Before BARKSDALE, BENAVIDES, and OWEN, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.   *See* 5TH CIR. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.